333 A.2d 920

COMMONWEALTH of Pennsylvania

v.

James GILLESPIE, Appellant (two cases).

Supreme Court of Pennsylvania.

Argued Nov. 29, 1973.

Decided March 18, 1975.


Carlon M. O'Malley, Jr., Joseph L. Mullaney, Scranton, for appellant.

Paul R. Mazzoni, Dist. Atty., and C. H. Brooks, Scranton, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.


OPINION

PER CURIAM.

Judgment of sentence affirmed.